# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOWMAN, LESLIE A. | U.S. DISTRICT COURT-ARIZONA | 11/26/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE-FULL TIME | ☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>10/31/2012 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
EVO A. DECONCINI U.S. COURTHOUSE
405 WEST CONGRESS ST STE 3170
TUCSON, AZ 85701-5054

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | LAW OFFICE OF LESLIE A. BOWMAN | $123,530.00 |
| 2. | 2011 | LAW OFFICE OF LESLIE A. BOWMAN | $229,032.00 |
| 3. | 2012 | LAW OFFICE OF LESLIE A. BOWMAN | $143,784.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | W2, EMPLOYEE, CARONDELET MEDICAL GROUP |
| 2. | 2011 | W2, EMPLOYEE, CARONDELET MEDICAL GROUP |
| 3. | 2012 | W2, EMPLOYEE, CARONDELET MEDICAL GROUP |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | BANK OF AMERICA | MORTGAGE ON RENTAL PROPERTY, PIMA COUNTY, ARIZONA | N |
| 2. | MERRILL LYNCH | MORTGAGE ON RENTAL PROPERTY, PIMA COUNTY, ARIZONA | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWMAN, LESLIE A. | 11/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US BANK | A | Interest | J | T | Exempt | | | | |
| 2. WELLS FARGO BANK | A | Interest | K | T | | | | | |
| 3. ING | A | Interest | L | T | | | | | |
| 4. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 5. RENTAL Property #1, PIMA COUNTY,ARIZONA | C | Rent | N | W | | | | | |
| 6. RENTAL Property #2, PIMA COUNTY, ARIZONA | E | Rent | N | W | | | | | |
| 7. Note #1, Mel Nevitt | B | Interest | K | T | | | | | |
| 8. FundVantage WestSelect SdA Fd | B | Dividend | | | | | | | |
| 9. DODGE & COX STOCK | A | Dividend | | | | | | | |
| 10. DIVERSIFIED VAN INST INDX PLUS | A | Dividend | J | T | | | | | |
| 11. DIVERSIFIED VANGUARD SMCAP IDX PLUS | A | Dividend | K | T | | | | | |
| 12. PRINCIPAL LARGECAP S&P 500 INDEX Fd | A | Dividend | M | T | | | | | |
| 13. PRINCIPAL MIDCAP S&P 400 INDEX | A | Dividend | L | T | | | | | |
| 14. PRINCIPAL SMALLCAP S&P 600 INDEX | A | Dividend | M | T | | | | | |
| 15. AMER FUNDS NEW PERSPECTIVE R3 FUND | A | Dividend | M | T | | | | | |
| 16. VANGUARD TOTAL STOCK MARKET INDEX | A | Dividend | J | T | | | | | |
| 17. GOLDMAN SACHS PRIME MONEY MARKET Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWMAN, LESLIE A. | 11/26/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. STATE STREET S&P 500 INDEX | A | Dividend | K | T | | | | | |
| 19. VANGUARD EXTENDED MARKET INDEX | A | Dividend | J | T | | | | | |
| 20. STATE STREET MSCI ACWI EX-US INDEX | A | Dividend | J | T | | | | | |
| 21. FIDELITY SPARTAN EXTENDED MARKET INDEX | A | Dividend | | | | | | | |
| 22. VANGUARD TOTAL INTERNATIONAL STOCK INDEX | A | Dividend | | | | | | | |
| 23. VANGUARD INSTITUTIONAL INDEX | A | Dividend | | | | | | | |
| 24. VANGUARD PRIME MONEY MARKET Sweep account | A | Interest | J | T | | | | | |
| 25. VANGUARD TOTAL STOCK MARKET INDEX ADM | A | Dividend | K | T | | | | | |
| 26. VANGUARD HEALTH CARE FUND INVESTOR SHARES | A | Dividend | J | T | | | | | |
| 27. VANGUARD LARGE CAP INDEX FUND ADMIRAL SHARES | A | Dividend | L | T | | | | | |
| 28. VANGUARD LARGE CAP INDEX FUND ADMIRAL SHARES | A | Dividend | L | T | | | | | |
| 29. VANGUARD PRIME MONEY MARKET Sweep account | A | Interest | J | T | | | | | |
| 30. VANGUARD REIT INDEX FUND ADMIRAL SHARES | A | Dividend | J | T | | | | | |
| 31. VANGUARD SMALL CAP INDEX FUND ADMIRAL SHARES | A | Dividend | L | T | | | | | |
| 32. VANGUARD TOTAL INTERNATIONAL STOCK INDEX FUND ADMIRAL SHARES | A | Dividend | L | T | | | | | |
| 33. APPLE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWMAN, LESLIE A. | 11/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. BLACKROCK (BLK) | A | Dividend | J | T | | | | | |
| 35. LEHMAN BROTHERS HLDGS EURO STOXX 50 | | None | J | T | | | | | |
| 36. LULULEMON ATHLETICA | A | Dividend | J | T | | | | | |
| 37. PRICELINE.COM | A | Dividend | J | T | | | | | |
| 38. DECKERS OUTDOOR | A | Dividend | | | | | | | |
| 39. VANGUARD FIRST EAGLE FUNDS | A | Dividend | | | | | | | |
| 40. ICONIX BRAND | A | Dividend | | | | | | | |
| 41. RESEARCH IN MOTION | A | Dividend | | | | | | | |
| 42. VANGUARD ENERGY FUND | A | Dividend | | | | | | | |
| 43. VANGUARD PRECIOUS METALS | A | Dividend | | | | | | | |
| 44. VANGUARD EXTENDED MARKET INDEX FUND ADMIRAL SHARED | A | Dividend | K | T | | | | | |
| 45. VANGUARD PRIME MONEY MARKET Sweep account | A | Interest | J | T | | | | | |
| 46. APPLE | A | Dividend | M | T | | | | | |
| 47. BAIDU INC SP ADR REP ORD SHARES CLASS A | A | Dividend | K | T | | | | | |
| 48. BUFFALO WILD WINGS | A | Dividend | K | T | | | | | |
| 49. CHINA AGRI BUSINESS INC | A | Dividend | J | T | | | | | |
| 50. CLIFFS NATURAL RES INC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWMAN, LESLIE A. | 11/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. COGNIZANT TECH SOLUTIONS CORP CLASS A | A | Dividend | K | T | | | | | |
| 52. DARLING INTL INC | A | Dividend | K | T | | | | | |
| 53. DECKERS OUTDOOR CORP | A | Dividend | K | T | | | | | |
| 54. EBIX INC | A | Dividend | K | T | | | | | |
| 55. GOOGLE | A | Dividend | K | T | | | | | |
| 56. INTUITIVE SURGICAL INC NEW | A | Dividend | K | T | | | | | |
| 57. SPIRIT AIRLINES | A | Dividend | K | T | | | | | |
| 58. VISA INC CLASS A | A | Dividend | K | T | | | | | |
| 59. VISTAPRINT NV | A | Dividend | K | T | | | | | |
| 60. ZELTIQ AESTHETICS INC | A | Dividend | J | T | | | | | |
| 61. AMAZON | A | Dividend | | | | | | | |
| 62. AMERICAN PUBLIC EDUCATION INC | A | Dividend | | | | | | | |
| 63. CHINA AUTOMOTIVE SYSTEMS INC | A | Dividend | | | | | | | |
| 64. DEVRY INC DEL | A | Dividend | | | | | | | |
| 65. GULF RESOURCES INC | A | Dividend | | | | | | | |
| 66. HMS HOLDINGS CORP | A | Dividend | | | | | | | |
| 67. KAPSTONE PAPER & PACKAGING | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWMAN, LESLIE A. | 11/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. d LSB INDUSTRIES INC | A | Dividend | | | | | | | |
| 69. NETAPP INC | A | Dividend | | | | | | | |
| 70. dNEW ORIENTAL EDUC & TECH | A | Dividend | | | | | | | |
| 71. VANGUARD NVE CORP NEW | A | Dividend | | | | | | | |
| 72. ORACLE CORP | A | Dividend | | | | | | | |
| 73. QUALITY SYSTEMS INC | A | Dividend | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWMAN, LESLIE A. | 11/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BOWMAN, LESLIE A. | 11/26/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ LESLIE A. BOWMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544